### No. 7.

#### STATE *against* ROWLEY. *Chittenden*, 1816.

AN Indictment for forgery, alledging the word *birch* to have been altered *batch*, by erasing the letters irc, and inserting the

letters atc, is well supported by evidence only as to the erasing of ir and inserting at, without regard to the letter c.